UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:16-cr-00202 |
|  | ) | CHIEF JUDGE CRENSHAW |
| PRESTON DAVIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

The Court held a status conference in this action on April 24, 2017. The parties advised the Court that they anticipate this matter will be resolved through a plea agreement prior to trial. Counsel for Defendant informed the Court that he would file a motion to continue the trial prior to the deadline on May 1, 2017. The Government stated that it does not object to the continuance. Counsel for Defendant also stated that, after the parties reach an agreement, he will file a motion for a change of plea hearing for an anticipated date in June 2017.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE